UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ, | Case No. 1:21-cv-00572-NONE-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE |
| CHRISTIAN PFEIFFER, et al., | |
| Defendants. | (ECF No. 11) |

This matter has been referred for an early settlement conference. (ECF No. 6.) On June 14, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 11.) Defendants' counsel explains that they need additional time to analyze the case, make determinations regarding potential liability, and obtain authority sufficient to ensure that any conference would be fruitful. (*Id.* at 1.) The case involves complex decisions regarding medical care and requires medical experts. (*Id.* at 2.) Until this is done, the parties will not be able to make liability and damages determinations necessary to engage in meaningful settlement discussions. (*Id.*) The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

///

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 6), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

1

Accordingly, IT IS HEREBY ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 11) is GRANTED.

IT IS SO ORDERED.

Dated: **June 15, 2021**               /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE