UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　Defendants. | No.  1:21-cv-00572-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 9, 18) |

　　　　Plaintiff Manuel Rodriguez is a state inmate proceeding through counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 14, 2021, defendants Pfeiffer, Felder, and Vitto filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. No. 9.)  Plaintiff filed an opposition on June 30, 2021.  (Doc. No. 15.)  Defendants filed a reply on July 9, 2021.  (Doc. No. 16.)  On September 1, 2021, the assigned magistrate judge entered findings and recommendations recommending that defendants' motion to dismiss be granted and that plaintiff be granted leave to amend his complaint.  (Doc. No. 18.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 16.)  No objections have been filed, and the deadline to do so has expired.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on September 1, 2021 (Doc. No. 18) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 9) is granted;
3. Plaintiff is granted leave to amend his claims against defendants Pfeiffer, Felder, and Vitto;
4. Plaintiff shall file his First Amended Complaint within thirty (30) days of entry of this order; and
5. Defendants shall respond to the First Amended Complaint within fourteen (14) days of service.

IT IS SO ORDERED.

Dated:   **October 6, 2021**          /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE