UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>Defendants. | Case No. 1:21-cv-00572-NONE-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF Nos. 18, 19)<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

Plaintiff Manuel Rodriguez ("Plaintiff"), proceeding through counsel, filed this action pursuant to 42 U.S.C. § 1983 on April 5, 2021, alleging claims against Defendants Christian Pfeiffer, Michael Felder, Harpreet Singh R.N., E. Vito, L.V.N., Lawrence Aflague R.N.R., and Does 1 through 10 for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. (ECF No. 1.)

On June 14, 2021, Defendants Pfeiffer, Felder, and Vitto filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 9.) On September 1, 2021, the Court entered findings and recommendations recommending that Defendants' motion to dismiss be granted and that Plaintiff be granted leave to amend the complaint. (ECF No. 18.) On October 6, 2021, District Judge Dale A. Drozd entered an order adopting the Court's September

1

1, 2021 findings and recommendations in full. (ECF No. 19.) Plaintiff was directed to file his First Amended Complaint within thirty days of entry of District Judge Drozd's order. (*Id.*) The thirty-day deadline has passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's orders. Because Plaintiff has failed to timely file an amended complaint, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause why this case should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff shall file either a written response or an amended complaint within fourteen (14) days of entry of this order.

**Failure to respond to this order will result in a recommendation that this case be dismissed**.

IT IS SO ORDERED.

Dated:   **November 15, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2