UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>Defendants. | Case No. 1:21-cv-00572-NONE-EPG (PC)<br><br>ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 21) |

Plaintiff Manuel Rodriguez ("Plaintiff"), proceeding through counsel, filed this action pursuant to 42 U.S.C. § 1983 on April 5, 2021. (ECF No. 1.)

On November 15, 2021, after Plaintiff failed to file his First Amended Complaint by the applicable deadline, the Court entered an order requiring Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with a court order. (ECF No. 21.) Plaintiff was directed to file either a written response or an amended complaint within fourteen days. (*Id.*) On November 16, 2021, Plaintiff filed a First Amended Complaint. (ECF No. 22.)

////

////

////

///

1

1  Accordingly, IT IS HEREBY ORDERED that the Court's order (ECF No. 21) requiring
2  Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure
3  to comply with a court order is DISCHARGED.

IT IS SO ORDERED.

Dated:  **November 17, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE