UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00572-JLT-EPG (PC)<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY DEFENDANT NGOZI IGBINOSA SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLETE SERVICE**<br><br><u>FOURTEEN (14) DAY DEADLINE</u> |

　　　　Plaintiff Manuel Rodriguez ("Plaintiff) is proceeding through counsel in this action pursuant to 42 U.S.C. § 1983. For the following reasons, the Court orders Plaintiff to show cause why Defendant Ngozi Igbinosa should not be dismissed without prejudice for failure to timely complete service on this defendant.

　　　　On April 5, 2021, Plaintiff filed a complaint alleging claims against Defendants Christian Pfeiffer, Michael Felder, Harpreet Singh R.N., E. Vito, L.V.N., Lawrence Alague R.N.R., and Does 1 through 10 for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment. (ECF No. 1.) On June 14, 2021, Defendants Pfeiffer, Felder, and Vitto filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 9.) The motion to dismiss was granted with leave to amend. (ECF Nos. 18, 19.) Plaintiff filed a First Amended Complaint on November 16, 2021, adding Ngozi Igbinosa, M.D.,

as a defendant.[1] (ECF No. 22.)

Under Federal Rule of Civil Procedure 4(m), "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

The First Amended Complaint was filed on November 16, 2021, and the Clerk of Court issued summons as to Defendant Igbinosa on November 17, 2021. (ECF Nos. 22, 23.) To date, Plaintiff has not filed a return of service demonstrating that he has served the summons and complaint on Defendant Igbinosa, nor has Defendant Igbinosa filed a waiver of service.

Accordingly, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to timely serve Defendant Igbinosa as required under Federal Rule of Civil Procedure 4(m). Within fourteen (14) days of entry of this order, Plaintiff shall file either: (1) a return of service showing that service on Defendant Igbinosa is complete; or (2) a response to this Order to Show Cause otherwise demonstrating the Plaintiff has completed service on Defendant Igbinosa as required by Federal Rule of Civil Procedure 4 or has good cause for failing to complete service.

**Plaintiff is cautioned that failure to respond to this Order to Show Cause may result in the dismissal of Defendant Igbinosa.**

IT IS SO ORDERED.

Dated:   **February 23, 2022**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] On November 22, 2021, Defendants Alague, Singh, and Vitto have filed answers to the First Amended Complaint. (ECF Nos. 25-27.) On December 7, 2021, Defendants Pfeiffer and Felder filed a motion to dismiss the First Amended Complaint. (ECF No. 29.)