UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00572-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT DEFENDANTS' MOTION TO DISMISS BE GRANTED WITHOUT LEAVE TO AMEND<br><br>(Docs. 29, 38) |

Manuel Rodriguez seeks to hold the defendants liable for violating his rights arising under the Eighth Amendment. Plaintiff asserts the defendants delayed in providing adequate medical treatment after he suffered a neck injury, which Plaintiff asserts resulted in an epidural abscess that ultimately rendered him quadriplegic. (*See generally* Doc. 22.)

On December 7, 2021, Defendants Christian Pfeiffer and Michael Felder filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 29.) On March 9, 2022, the assigned magistrate judge issued Findings and Recommendations related to the motion. (Doc. 38.) The magistrate judge found Plaintiff failed to allege facts sufficient to state a claim under the Eighth Amendment against Pfeiffer and Felder. (*Id.* at 8-9.) In addition, the magistrate judge noted the Court previously informed Plaintiff of the applicable legal standards and granted an opportunity to cure the pleading deficiencies. (*Id.* at 9.) Despite this, the magistrate judge found Plaintiff "failed to fully cure the deficiencies his complaint." (*Id.*)

1

1 Therefore, the magistrate judge recommended "the claims against Defendants Pfeiffer and Felder
2 be dismissed without further leave to amend." (*Id.* at 9-10.)
3     The Court granted the parties 14 days to file any objections to the Findings and
4 Recommendations. (Doc. 38 at 10.) In addition, the Court advised the parties "that failure to file
5 objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing
6 *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391,
7 1394 (9th Cir. 1991).) To date, no objections have been filed, and the time to do so has passed.
8     According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of the case.
9 Having carefully reviewed the entire matter, the Court concludes the Findings and
10 Recommendations are supported by the record and by proper analysis. Thus, the Court
11 **ORDERS**:
12  1. The Findings and Recommendations dated on March 9, 2022 (Doc. 38) are
13     **ADOPTED** in full.
14  2. Defendants' motion to dismiss (Doc. 29) is **GRANTED**.
15  3. The claim against Defendants Christian Pfeiffer and Michael Felder is
16     **DISMISSED** without leave to amend; and
17  4. The Clerk of Court is directed to update the docket and terminate Christian Pfeiffer
18     and Michael Felder as defendants.

IT IS SO ORDERED.

Dated: **April 4, 2022**

UNITED STATES DISTRICT JUDGE