1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MANUEL RODRIGUEZ,                        Case No.  1:21-cv-00572-JLT-EPG (PC)

12               Plaintiff,                   ORDER REGARDING STIPULATION TO
                                              SUBSTITUTE MARTHA SPAETH M.D. FOR
13         v.                                 DEFENDANT NGOZI IGBINOSA, M.D.

14   HARPREET SINGH, et al.,                  (ECF No. 41)

15               Defendants.

16

17         Before the Court is the parties' stipulation requesting that the name Martha Spaeth, M.D.

18   be substituted wherever the name Ngozi Igbinosa, M.D. appears in the First Amended Complaint.

19   (ECF No. 41.)

20         An amended complaint supersedes the original complaint and must be complete in itself

21   without reference to the prior or superseded pleading. *Lacey v. Maricopa County*, 693 F.3d. 896,

22   907 n.1 (9th Cir. 2012) (en banc); E.D. Cal. L.R. 220. Therefore, the Court will construe the

23   parties' stipulation as an agreement to amend the complaint pursuant to Federal Rule of Civil

24   Procedure 15(a)(2) and will direct Plaintiff to file a Second Amended Complaint that is complete

25   in itself without reference to the First Amended Complaint.

26         Accordingly, IT IS HEREBY ORDERED that:

27         1.  Pursuant to the parties' stipulation (ECF No. 41), Plaintiff may file a Second Amended

28             Complaint within fourteen (14) days of entry of this order; and

                                             1

2.  Defendants' response to the Second Amended Complaint shall be governed by Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated:   **May 3, 2022**             /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

2