UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>Defendant. | Case No. 1:21-cv-00572-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 46) |

Pursuant to the parties' stipulation (ECF No. 46), and to allow sufficient time for service of Defendant Spaeth, IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for June 27, 2022, is continued to **September 20, 2022 at 11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@uscourts.gov for the Court's review.

IT IS SO ORDERED.

Dated:   **June 17, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1