UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>   Plaintiff,<br><br> v.<br><br>HARPREET SINGH, *et al.*,<br><br>   Defendants. | Case No. 1:21-cv-00572-JLT-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR AT MID-DISCOVERY STATUS CONFERENCE AND FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br><u>SEVEN (7) DAY DEADLINE</u> |

  On November 3, 2022, the Court issued a scheduling order that set a mid-discovery status conference for February 6, 2023, at 10:00 a.m., and ordered the parties to file a joint report one week before the conference. (ECF No. 56, p. 3).

  On January 26, 2023, the parties filed a joint report, indicating that the parties are still in the early stages of written discovery. (ECF No. 62, p. 2). The report also indicated that the parties are in the midst of meet and confer efforts regarding certain requests for production. (*Id.*)

  Although Plaintiff's counsel participated in the joint report, which correctly noted the time of the mid-discovery status conference, and counsel for Defendants appeared at the conference, Plaintiff's counsel did not appear at the conference. As such, the Court will order Plaintiff to

1

show cause why sanctions should not issue for failure to attend the mid-discovery conference and for failing to comply with a court order to attend the conference.

Accordingly, IT IS ORDERED that, by no later than February 13, 2023, Plaintiff shall show cause in a written filing why sanctions should not issue for failure to attend the mid-discovery status conference on February 6, 2023.

IT IS SO ORDERED.

Dated: **February 6, 2023**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE