UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>HARPREET SINGH, *et al.*,<br><br>          Defendants. | Case No. 1:21-cv-00572-JLT-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE<br><br>(ECF No. 66). |

       On February 6, 2023, the Court issued an order requiring Plaintiff to show cause as to why sanctions should not issue for failing to appear at the mid-discovery status conference. (ECF No. 66). Plaintiff was directed to file a response within seven days. (*Id.*) That same day, Plaintiff's counsel filed a declaration stating that his failure to appear was due to his own error in calendaring the conference. (ECF No. 67). In light of counsel's declaration, the Court will discharge the order to show cause.

       Accordingly, IT IS HEREBY ORDERED that:

1. The Court's February 6, 2023 order (ECF No. 66) for Plaintiff to show cause why sanctions should not issue is discharged;
2. Further, the Court resets the mid-discovery status conference for March 1, 2023, at 2:00 pm. In conjunction with the status conference, the Court will also hold an informal

discovery dispute conference. The parties shall file an Informal Discovery Dispute Letter Brief outlining their positions regarding any pending discovery disputes. Such briefs shall be no longer than three pages single-spaced, and may include up to five pages of exhibits. The letter briefs shall be filed by 3:00 PM on February 28. 2023. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated:  **February 9, 2023**                     /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE