UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, *et al.*,<br><br>          Defendants. | Case No.  1:21-cv-00572-JLT-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 76). |

      Before the Court is the parties' joint stipulation to modify the scheduling order and extend all discovery deadlines, as well as the deadline to file dispositive motions. (ECF No. 76). According to the stipulation, "the parties are currently meeting and conferring over Plaintiff's responses to written discovery, which must be resolved before Defendants can meaningfully depose Plaintiff." (*Id.* at p. 2). Further, "Defendants' expert witnesses will be required to review Plaintiff's deposition transcript before they will be able to complete their reports. Plaintiff has also stipulated to an independent medical examination by one of Defendants' experts that will be conducted as soon as reasonably possible after receipt of Plaintiff's deposition transcript." (*Id.* at p. 2-3). As such, the parties request to modify the current discovery and scheduling order "without modification of the currently scheduled trial date unless the Court deems modification of

1

that date necessary." (*Id.* at p. 1-2).

Based on the parties' stipulation (ECF No. 76), IT IS ORDERED that the Court's scheduling order is modified as follows:

1. The Non-Expert Discovery deadline is extended to July 31, 2023;
2. The Expert Disclosure deadline is extended to September 1, 2023;
3. The Rebuttal Expert Disclosure deadline is extended to October 2, 2023.
4. The Expert Discovery deadline is extended to November 4, 2023;
5. The deadline to file Dispositive Motions is extended to December 30, 2023.
6. Further, the Court deems it necessary to reset the pretrial conference currently set for March 1, 2024, to April 29, 2024, at 1:30 P.M. in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston, and the trial currently set for April 30, 2024, to July 9, 2024, at 8:30 A.M. in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **May 11, 2023**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE