UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00572-JLT-EPG<br><br>ORDER RE: STIPULATION FOR MEDICAL EXAMINATION OF PLAINTIFF BY DEFENDANTS' DESIGNATED MEDICAL EXAMINER<br><br>(ECF No. 78). |

　　　　Counsel for Plaintiff Manuel Rodriguez and Defendants E. Vitto, H. Singh, and L. Aflague have filed a stipulated motion for an order under Federal Rule of Civil Procedure 35 to allow Defendants' medical examiner to conduct a physical examination of Plaintiff, a California prison inmate incarcerated at California Health Care Facility in Stockton, California. (ECF No. 78). The Court has read and considered the stipulated motion and finds that good cause exists to grant the request.

　　　　Accordingly, IT IS ORDERED that:

1. Plaintiff be produced for, and consent to, a physical medical examination conducted by Defendants' medical examiner on July 7, 2023, commencing at 10:00 a.m. at California Health Care Facility in Stockton, California, and lasting no more than two hours. The

physical examination shall be taken in accordance with generally accepted medical standards and means and will include an assessment of Plaintiff's neurological function, general health, and prognosis, and will not include any intrusive diagnostic or laboratory testing.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                                  /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE