UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ, | Case No. 1:21-cv-00572-JLT-EPG |
| Plaintiff, | ORDER RE: STIPULATION TO AMEND THE DATE AND TIME FOR THE MEDICAL EXAMINATION OF PLAINTIFF BY DEFENDANTS' DESIGNATED MEDICAL EXAMINER |
| v. | |
| CHRISTIAN PFEIFFER, *et al.*, | |
| Defendants. | (ECF No. 80). |

Counsel for Plaintiff Manuel Rodriguez and Defendants E. Vitto, H. Singh, and L. Aflague have filed a stipulated motion for an amended order modifying the date and time for the physical examination of Plaintiff, a California inmate incarcerated at California Health Care Facility in Stockton, California, by Defendants' medical examiner, Dr. Chitra Venkatasubramanian. (ECF No. 80). The Court has read and considered the stipulated motion and finds that good causes exists to grant the request.

Accordingly, IT IS ORDERED that:

1. Plaintiff be produced for, and consent to, a physical examination conducted by Defendants' medical examiner on July 21, 2023, commencing at 12:00 p.m. at California Health Care Facility in Stockton, California, and lasting no more than two

hours. The physical examination shall be taken in accordance with generally accepted medical standards and means and will include an assessment of Plaintiff's neurological function, general health, and prognosis, and will not include any intrusive diagnostic or laboratory testing.

IT IS SO ORDERED.

Dated: **July 5, 2023**         /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE