UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANUEL RODRIGUEZ,

Plaintiff,

v.

CHRISTIAN PFEIFFER, et al.,

Defendants.

Case No. 1:21-cv-00572-JLT-EPG (PC)

ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANTS SINGH AND AFLAGUE WITH PREJUDICE AND FOR SUBSTITUTION OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AS REMAINING DEFENDANT

(ECF Nos. 110, 111).

On July 13, 2026, the parties filed two related filings. (ECF Nos. 110, 111). The first is a Notice of Resolution stating:

> This matter has resolved and all pending dates should be vacated. Resolution is dependent on Defendants being dismissed and substituted with the correct party, California Department of Corrections and Rehabilitation. A stipulation regarding substitution will be filed once executed. Thereafter, a dismissal of the entire action will be filed.

(ECF No. 110 at 1).

The second filing is the parties' Stipulation to Voluntarily Dismiss Defendants Singh and Aflague and Substitute Correct Party into the Complaint. (ECF No. 111). Specifically, the parties stipulate as follows:

> The Parties have met and conferred and agree that it is appropriate to dismiss Defendants Singh and Aflague from this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

\\\
\\\

> The Parties further agree to amend the operative complaint to add the California Department of Corrections and Rehabilitation as the sole Defendant.

(ECF No. 111 at 1).

In light of the parties' stipulation, Defendants Singh and Aflague have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed with prejudice.

Moreover, the Court approves the parties' stipulation to substitute the California Department of Corrections and Rehabilitation for Defendants Singh and Aflague.

Accordingly, IT IS ORDERED as follows:

1. The Court vacates all dates and deadlines previously scheduled in the case.
2. The Clerk of Court is directed to substitute the California Department of Corrections and Rehabilitation for Defendants Singh and Aflague on the docket.
3. The Clerk of Court is further directed to terminate Defendants Singh and Aflague as Defendants from the docket as Plaintiff's claims against them have been dismissed with prejudice.
4. The parties are directed to file all dispositional documents **no later than August 14, 2026**.

IT IS SO ORDERED.

Dated: **July 15, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE